IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANE DEWAYNE JOHNSON,

    Petitioner,

v.

MATTHEW MARSKE,

    Respondent.

NOTICE OF APPEAL

Case No. 3:19-cv-00673-wmc

Petitioner, Shane Dewayne Johnson, pro se, hereby appeals the Opinion and Order (Doc. No. 17) and Judgment in a Civil Case (Doc. No. 18) entered on December 10, 2022, denying his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, to the United States Court of Appeals for the Seventh Circuit.

Respectfully submitted,

Date: 1-10-22

SHANE DEWAYNE JOHNSON
Reg. No. 15792-040
Oxford – FCI
P.O. Box 1000
Oxford, WI 53952

Petitioner, pro se

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I placed the following documents in the outgoing "Legal Mail" at my place of confinement, Oxford - FCI, on January 10th, 2022:

NOTICE OF APPEAL

CIRCUIT RULE 3(c) DOCKETING STATEMENT

MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

in a properly addressed envelope containing sufficient first-class postage to:

Office of the Clerk
United States District Court
120 N. Henry St., Room 320
Madison, WI 53703

SHANE DEWAYNE JOHNSON

2022 JAN 12 AM 10: 18
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

DOC NO
REC'D/FILED

SHANE JOHNSON SR 15792-040
Federal Correctional Institution
P.O. Box 1000
Oxford, Wis. 53952





Legal Mail

**SCANNED**

⇔15792-040⇔
District Court
120 N Henry ST
Clerk of the Court
Madison, WI 53703
United States

Date_____
The enclosed **letter was** processed through special mailing proce**dures for** forwarding to you. The letter has neither been **opened** nor inspected. If the writer raises a question **or pro**blem over which this facility has justification**, you** may wish to return the material for further **information** or clarification. If the writer encloses correspon**de**nce for forwarding to another addressee, **please** return the enclosed **to:**
  **FEDERAL CORRECTIONAL INSTITUTION**
        **OXFORD, WISCONSIN 53952**